**FILED**

04/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0144

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0144

ROGER LUKE BELL,

Petitioner,

v.

LYNN GUYER, Warden
Montana State Prison,

Respondent.

**ORDER**

Upon consideration of Respondent's motion for a 30-day extension of time to file a response, and finding good cause therefore,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including May 22, 2020, within which to prepare, serve, and file the State's response.

DATED this _____ day of _____, 2020.

_____
Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 14 2020